AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

DARREN D. CAUDILL,

            Plaintiff,

v.

KILOLO KIJAKAZI,
Acting Commissioner of Social Security

            Defendant.

JUDGMENT For ATTORNEY FEES IN A CIVIL CASE

Case Number: 2:20-cv-02148-VCF

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that Darren D. Caudill be awarded attorney fees and expenses in the amount of two thousand one hundred fifty-six dollars and forty-eight cents ($2,156.48) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d).

1/28/2022
Date

DEBRA K. KEMPI
Clerk

/s/ H. Magennis
Deputy Clerk